[No. 14968–7–I. Division One. January 13, 1988.]

*In the Matter of the Marriage of* NANCY KIRKBRIDE, *Respondent, and* DAVID KIRKBRIDE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–3–10027–9, Frank D. Howard, J., entered May 30, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Grosse, JJ.

[No. 19362–7–I. Division One. January 13, 1988.]

*In the Matter of the Marriage of* MICHEL E. LACASSE, *Appellant, and* PATRICIA LYNN LACASSE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–3–08392–3, James J. Dore, J., entered October 1, 1986. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Swanson, J., concurred in by Grosse and Webster, JJ.

[No. 18851–8–I. Division One. January 13, 1988.]

W. RAYMOND BIRGE, *Respondent,* v. GREGORY LEWIS, ET AL, *Defendants,* NELSON & MCCARTHY, P.S., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–04661–7, Nancy A. Holman, J., entered June 27, 1986. *Vacated* and *remanded* by unpublished opinion per Coleman, J., concurred in by Swanson and Williams, JJ.